JS-6

R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
Adam L. Diament  CA Bar No. 259,696
diament@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:  310-777-8399
Facsimile:   310-777-8348
**Attorneys for Defendants,**
**CW Cases and EZ Photobooths, LLC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN AIR ENTERTAINMENT, LLC,<br><br>          Plaintiff,<br><br>v.<br><br><br>CW CASES and EZ PHOTOBOOTHS, LLC,<br><br>          Defendants. | CASE NO. CV12-4240 GAF (DTBx)<br><br>**JUDGMENT**<br><br><br><br>**Before the Hon. Gary A. Feess** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the July 26, 2012 Order to Dismiss, it is hereby ORDERED, ADJUGED and DECREED:

　　1.　　This Court has jurisdiction over the parties hereto and the subject matter hereof.

　　2.　　Plaintiff's first claim of relief for Trade Dress Infringement and False

Designation of Origin against Defendants was held implausible and dismissed with leave to amend pursuant to this Court's Order on July 26, 2012.

5.     Plaintiff's second claim of relief for False Advertising against Defendants was inadequate to show that false representations were sufficiently disseminated to the relevant purchasing public through industry-specific mechanism, and dismissed with leave to amend on July 26, 2012.

6.     This Court held that Plaintiff's third through fifth claims of relief, the state law claims of unfair competition and false advertising in violation of Cal. Bus. & Prof. Code ¶17200, et seq., and §17500, and common law unfair competition, were under supplemental jurisdiction of this Court, and this Court may decline to exercise supplemental jurisdiction over state claims if it has dismissed all claims over which it has original jurisdiction, pursuant to this Court's Order on July 26, 2012.

7.     This Court held that Plaintiffs have failed to state a plausible federal claim for relief, and because the sole basis for federal jurisdiction in this case is the existence of a federal question, the Court declined to reach the state law claims.

8.     Pursuant to this Court's order on July 26, 2012, Plaintiff was obligated to file an amended complaint curing the deficiencies identified in the Order by the close of business on Thursday, August 9, 2012, and failure to file an amended complaint would be deemed consent to the dismissal of these claims WITH PREJUDICE.

9.     Plaintiff failed to file an amended pleading by the close of business on Thursday, August 9, 2012.

10.    Federal Counts One and Two of Plaintiff's Complaint are hereby DISMISSED WITH PREJUDICE.

11.    Counts Three through Five of Plaintiff's Complaint asserting State law causes of action are hereby DISMISSED because the Court declines to exercise

supplemental jurisdiction over these claims.

Accordingly, Judgment is hereby entered against the Plaintiff.

Date: August 28, 2012  _____
Hon. Gary A. Feess
United States District Court Judge


Presented by:
Trojan Law Offices
by

/s/R. Joseph Trojan
Attorneys for Defendants
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348